UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARILEEN J. MCMAHON; PAUL W. HIATT,<br><br>　　　　　Defendants. | CASE NO. C10-5333BHS<br><br>ORDER |

This matter comes before the Court on Defendant Paul Hiatt's motion for relief from mediation (Dkt. 117), Defendant Marileen McMahon's motion for relief from mediation (Dkt. 118), the Government's motion for relief from mediation (Dkt. 119), and the Government's motion to vacate trial schedule and related pretrial deadlines (Dkt. 140).

First, all parties agree that the issues before the Court will not be solved via mediation. The Government has forwarded a proposed settlement agreement to Defendants (*see* Dkt. 119), which Defendants have objected to (*see* Dkts. 117 & 118). The Court finds that alternative dispute resolution in this case would not be appropriate and, therefore, the Court grants the parties' motions to exempt this case from mandatory mediation.

ORDER - 1

Second, the Government has moved to vacate the trial schedule arguing that the pending summary judgment motion (Dkt. 106) and motion to partially strike jury demand (Dkt. 115) would narrow the issues for trial and that resolution of these motions would relieve the Court and the parties of unnecessary trial preparation.  Defendants have also requested that the trial date be stricken due to health issues and the difficulties of proceeding pro se.  The Court agrees with the parties and finds that good cause exists to strike the current trial schedule in this matter.  The Court will consider a new trial schedule, if necessary, after ruling on the numerous motions filed by the parties.  Therefore, the Court grants the Government's motion and the Clerk is directed to strike the trial schedule and trial date.

**IT IS SO ORDERED.**

DATED this 18th day of October, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge